Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  BETTY ROSALES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# EUREKA DIVISION

| | |
|---|---|
| BETTY R. ROSALES,<br><br>              Plaintiff,<br><br>     vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>              Defendant | Case No.:   CV 11-2794 NJV<br><br>STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |

Plaintiff Betty Rosales ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to January 31, 2012; and that Defendant shall have until February 28, 2012, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due March 13, 2012.

1

2  An extension of time for plaintiff is needed due to a serious illness in
3  Counsel's family. Counsel's Spouse recently concluded her second course of
4  chemotherapy to treat her Stage IV breast cancer which has metastasized to her
5  liver. Counsel's spouse has begun her third round of chemotherapy due to
6  progression of her cancer and a lack of positive response to the prior treatment.
7  Counsel requires the additional time to prepare his Motion for Summary Judgment
8  to allow him to devote the appropriate time to assist his Spouse and his two pre-
9  school aged children through this obviously stressful experience.

10  Counsel sincerely apologizes to the court for any inconvenience this may
11  have had upon it or its staff.

12

13

14  DATE: December 14, 2011,  Respectfully submitted,

15  LAW OFFICES OF LAWRENCE D. ROHLFING

16  /s/ *Steven G. Rosales*
    BY: _____
17  Steven G. Rosales
    Attorney for plaintiff BETTY ROSALES
18

19  DATED:  December 14, 2011  MELINDA L. HAAG
    United States Attorney
20  DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
21  Social Security Administration

22

23
    */S/- *Sundeep Patel*
24

25  _____
    Sundeep Patel
26  Special Assistant United States Attorney

-2-

Attorney for Defendant
[*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including January 31, 2012, in which to file Plaintiff's Motion for Summary Judgment; Defendant may have an extension of time to February 28, 2012 to consider the contentions raised in Plaintiff's Motion for Summary Judgment, and file any opposition if necessary. Any reply by plaintiff will be due March 13, 2012.

IT IS SO ORDERED.

DATE: December 16, 2011

_____
THE HONORABLE NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE